AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Alvarez, Micaela | **2. Court or Organization** <br><br> District Court - S. District - TX | **3. Date of Report** <br><br> 08/25/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. District Judge - Active | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> **5b.** ☐   Amended Report | **6. Reporting Period** <br><br> 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

1701 W. Bus. 83
McAllen, Texas 78501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Knapp Community Care Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 08/25/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Knapp Community Care Foundation | January 15-16, 2015 | Austin, Texas | Grantmakers in Health conference | Transportation, hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 08/25/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property-____, Hidalgo County, Tx - see Part VII | | None | J | R | | | | | |
| 2. Goldman Sach TR Finl Square Treas Instrs FD INSTL CL FTIXX | A | Dividend | J | T | | | | | |
| 3. JPMorgan Core Bond FD Slect WOBDX | C | Dividend | J | T | | | | | |
| 4. Nuveen INVT FDS Inc Real Estate Secs Fund CL I FARCX | A | Dividend | J | T | | | | | |
| 5. Pimco FDS Pac Invt Mgmt Ser Commodity Real Return STrat FD I | A | Dividend | | | Sold | 12/15/15 | J | | |
| 6. Blackrock FDS Core Bond Port Instl Class BFMCX | A | Dividend | J | T | | | | | |
| 7. Fidelity ADV Emerg MKTS Inc CL 1 FMKIX | A | Dividend | J | T | | | | | |
| 8. John Hancock FDS III Global Shareholder YLD Class I JGYIX | B | Dividend | J | T | | | | | |
| 9. MFS Ser Tr I Value FD CL I MEILX | C | Dividend | J | T | | | | | |
| 10. Mainstay FD High Yield Corporate BD CL I MHYIX | A | Dividend | J | T | | | | | |
| 11. AMG Funds III Managers Fund Bond Fund MGBIX | D | Dividend | J | T | | | | | |
| 12. Metropolitan West FDS Total Return BD Cl I MWTIX | D | Dividend | J | T | | | | | |
| 13. Alger Smallcap and Midcap Grow CL I ASIMX | C | Dividend | | | Sold | 04/27/15 | J | | |
| 14. Pimco FDS Invt Diversified Inc FD Instl PDIIX | C | Dividend | J | T | | | | | |
| 15. T Towe Price Blue Chip Growth Fund TRBCX | B | Dividend | J | T | | | | | |
| 16. Goldman Sachs TR Strategic Income FD CL Instl SHS Gszix | B | Dividend | J | T | | | | | |
| 17. Wells Fargo FDS Trust Emerging Markets Equity Fund Instl Class EMGNX | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 08/25/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock Funds II Strategic Income OPPTYS BSIIX | B | Dividend | J | T | | | | | |
| 19. American Europacific Growth AEPFX | B | Dividend | J | T | | | | | |
| 20. Principal FDS Inc Small-Midcap Dividend Income PMDIX | B | Dividend | J | T | | | | | |
| 21. Invesco Global Real Estate Y ARGYX | A | Dividend | J | T | Buy | 08/17/15 | J | | |
| 22. Deutsche Secs Tr Enhanced Comm SKIRX | | None | J | T | Buy | 12/16/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 08/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The property listed in Part VII, line 1 was purchased on July 25, 2003 for the price of $14,500.00. No rental income was received during the reporting period but it is listed for the sake of thoroughness.

In Part VII, the assests sold were reinvested in the assets purchased.

In Part VII, Item 15, previously listed as "Managers Fund Bond Fund" underwent a name change, now it is "AMG Funds III Managers Bond Fund Instl Class" but "MGFIX" should have been "MGBIX"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Micaela Alvarez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544